KRISTIN K. MAYES
Attorney General
Firm State Bar No. 14000

Kara Karlson, No. 029407
Karen J. Hartman-Tellez, No. 021121
Senior Litigation Counsel
Kyle Cummings, No. 032228
Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ  85004-1592
Telephone (602) 542-8323
Facsimile (602) 542-4385
Kara.Karlson@azag.gov
Karen.Hartman@azag.gov
Kyle.Cummings@azag.gov
adminlaw@azag.gov
*Attorneys for Defendant Arizona*
*Secretary of State Adrian Fontes*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Public Interest Legal Foundation, Inc., a Virginia non-stock non-profit corporation, | No. CV-25-02722-MTL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Adrian Fontes, in his official capacity as Arizona Secretary of State, | |
| Defendant. | |

The Secretary hereby notifies the Court that the parties have reached an agreement to resolve this matter and conserve taxpayer resources.  The parties therefore ask that this Court stay proceedings until May 28, 2026, to allow the parties to fully effectuate the final settlement agreement in accordance with the order of the Settlement Judge.  (DE 36.)  Once

the settlement has been fully performed, the Plaintiff will file a notice of dismissal with prejudice.

Respectfully submitted this 13th day of April, 2026.

Kristin K. Mayes
Attorney General


*/s/ Kara Karlson*
Kara Karlson
Karen J. Hartman-Tellez
Kyle Cummings
*Attorneys for Defendant Arizona*
*Secretary of State Adrian Fontes*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of April, 2026, I filed the forgoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/Monica Quinonez*

3